David W. Kesselman (SBN 203838)
*dkesselman@kbslaw.com*
Amy T. Brantly (SBN 210893)
*abrantly@kbslaw.com*
KESSELMAN BRANTLY STOCKINGER LLP
1600 Rosecrans Ave., Bldg. 7, Ste. 320
Manhattan Beach, CA 90266
Tel.: 310-307-4555 | Fax: 310-307-4570

*Attorneys for Applicant*
CANADA (COMMISSIONER OF COMPETITION)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re *Ex Parte* Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, by<br><br>CANADA (COMMISSIONER OF COMPETITION),<br><br>Applicant. | Case No.: 3:26-mc-80269<br><br>**APPLICANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

Pursuant to Civil Local Rule 7-11 and 79-5, Applicant CANADA (COMMISSIONER OF COMPETITION) (Applicant) hereby moves the Court to seal certain portions of Exhibit 3 to the Declaration of David W. Kesselman in Support of Applicant's *Ex Parte* Application for Judicial Assistance. Exhibit 3 is the Affidavit of Augie Porras, which was filed in *Canada (Commissioner of Competition) v. Google Canada Corporation and Google LLC*, File No. CT-2024-010, currently pending before Canada's Competition Tribunal ("the Competition Proceeding"). In the affidavit, Mr. Porras attests to certain facts as to personal identifying information, including telephone numbers and home addresses of third parties, for the purpose of establishing their districts of residence in order to facilitate the taking of their testimony for use in that action. In the Competition Proceeding, the personal identifying information of the witnesses was filed under seal and redacted from the public record.

Civil Local Rule 79-5 governs the filing under seal of documents or portions of documents that contain material that is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(b). A party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal. Civ. L. R. 79-5(d)(1). Where a party seeks to seal documents attached to a non-dispositive motion, such as the instant application, a showing of "good cause" under Federal Rule of Civil Procedure 26(c) is required. *See, e.g. Allagas v. BP Solar Int'l, Inc.,* No. 14-CV-00560-SI, 2016 WL 324040, at *1 (N.D. Cal. Jan. 27, 2016) (citing *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006); *see also* Fed. R. Civ. P. 26(c).

Here, Applicant seeks to redact the personal identifying information of former Google LLC employees that are potential witnesses in the Competition Proceeding. This information is not itself relevant to the merits of the issues in the Competition Proceeding. Instead, it is relevant only to the question of whether the instant *Ex Parte* Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 is appropriately filed in this district. In recognition of the privacy rights of non-parties, courts routinely grant motions to seal their personally identifying information, including contact information, *See, e.g. Kurin, Inc. v. ICU Med., Inc.,* No. 8:24-CV-00564-FWS-ADS, 2024 WL 5423824, at *3 (C.D. Cal. Dec. 10, 2024); *UnifySCC v. Cody*, No. 22-CV-01019-BLF, 2023 WL 7170265, at *1 (N.D.

Cal. Oct. 30, 2023). Applicant does not seek to seal Exhibit 3 in its entirety; instead it seeks to protect the privacy interest of the potential witnesses by making tailored redactions limited to their personal identifying information. *See Foltz v. State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1137 (9th Cir. 2003) (third party privacy can be protected by redacting their identifying information); Civil Local Rule 79-5(a) (filing entire documents under seal is disfavored where parties can redact truly sensitive information).

For the foregoing reasons, Applicant respectfully requests leave to file under seal portions of Exhibit 3 to the Declaration of David Kesselman.

DATED: August 24, 2026

Respectfully submitted,

KESSELMAN BRANTLY STOCKINGER LLP
DAVID W. KESSELMAN
AMY T. BRANTLY

By: */s/ David W. Kesselman*
David W. Kesselman

*Attorneys for Applicant*
CANADA (COMMISSIONER OF COMPETITION)