David W. Kesselman (SBN 203838)
*dkesselman@kbslaw.com*
Amy T. Brantly (SBN 210893)
*abrantly@kbslaw.com*
KESSELMAN BRANTLY STOCKINGER LLP
1600 Rosecrans Ave., Bldg. 7, Ste. 320
Manhattan Beach, CA 90266
Tel.: 310-307-4555 | Fax: 310-307-4570

*Attorneys for Applicant*
CANADA (COMMISSIONER OF COMPETITION)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re *Ex Parte* Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, by<br><br>CANADA (COMMISSIONER OF COMPETITION),<br><br>Applicant. | Case No.: 3:26-mc-80269<br><br>**DECLARATION OF DAVID W. KESSELMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, David W. Kesselman, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California. I am a partner in the law firm of Kesselman Brantly Stockinger LLP, and counsel of record for Applicant Canada (Commissioner of Competition) ("Applicant") in connection with the instant *Ex Parte* Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782. This Ex Parte Application is brought in support of Applicant's prosecution of the case currently pending before the Competition Tribunal, styled *Canada (Commissioner of Competition) v. Google Canada Corporation and Google LLC*, CT File No. CT-2024-010 (the "Canadian Action."). I have personal knowledge of the facts set forth herein except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. Applicant filed in the Canadian Action a redacted Affidavit of Augie Porras, Affirmed on April 28, 2026 (the "Porras Affidavit"). The Porras Affidavit was filed in the Canadian Action on May 5, 2026, in support of the Commissioner of Competition's Motion to Commission Evidence. The Porras Affidavit, which is attached as Exhibit 3 to my separate and concurrently filed Declaration in Support of *Ex Parte* Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, includes personal identifying information of former Google LLC employees that are potential witnesses in the Canadian Action. This information is not itself relevant to the merits of the issues in the Canadian Action but only to the question of whether the instant *Ex Parte* Application is appropriately filed in this district. Applicant does not seek to seal Exhibit 3 in its entirety; instead, it seeks only to protect the privacy interests of the potential witnesses by making tailored redactions limited to their personal identifying information.

3. As set forth in the concurrently filed Declaration of Kristen McClean, neither of the nonparty witnesses, Mr. Lipkovitz nor Mr. Bender, has agreed to testify voluntarily, and their counsel have not responded to the Applicant. *See* Declaration of Kristen McClean in Support of Ex Parte Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, ¶¶ 14-16. As the witnesses are not yet before the Court, we have not met and conferred to address the application to seal. Nevertheless, in an abundance of caution, Applicant asks the Court to file the personal information under seal to protect

the witnesses' privacy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2026 at Redondo Beach, California.

David W. Kesselman